TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00801-CR

Kelly Jay Smith, Appellant

v.

The State of Texas, Appellee

FROM THE COUNTY COURT AT LAW NO. 7 OF TRAVIS COUNTY

NO. 426877, HONORABLE BRENDA KENNEDY, JUDGE PRESIDING

PER CURIAM

This is an appeal from an order revoking community supervision. Appellant represents
himself on appeal. A reporter's record was not requested. See Tex. R. App. P. 37.3(c)(1). Appellant
did not file a brief or respond to this Court's notices. See Tex. R. App. P. 38.8(b)(4). We have examined
the record before us and find no fundamental error that should be considered in the interest of justice.

The order revoking community supervision is affirmed.

Before Chief Justice Yeakel, Justices Aboussie and Jones

Affirmed

Filed: July 30, 1998

Do Not Publish